# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

**FILED**
**September 16, 2025**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br>Moises MALDONADO<br>YOB: 1992 - COC: USA<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 3:25-MJ-912-BN<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 4, 2025** in the county of **Dallas** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 United States Code 5861(d) | receive or possess an unregistered firearm |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Approved by AUSA T. Parran

ATF Special Agent Morgan McCaffrey
*Printed name and title*

Sworn to me and attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Facetime

Date: 9/15/2025

*Judge's signature*

City and state: Dallas, TX

The Hon. David L. Horan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT MORGAN MCCAFFREY
## IN SUPPORT OF PROBABLE CAUSE

Affiant, Morgan McCaffrey, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, depose and state as follows:

### AFFIANT'S EXPERIENCE

1. Affiant is a Special Agent with The Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). As such Affiant is an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code Section 3051 and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, Title 21 and Title 26 in the United States Code, among other violations. Affiant has been a Special Agent with ATF since May of 2023, currently assigned to the Dallas, TX Field Division. Affiant is currently assigned to Group VII of the Dallas Field Division, which investigates violent crime, weapons violations, and other federal and state crimes in the Dallas area.

2. Affiant is a graduate of the ATF National Academy - Special Agent Basic Training, and the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program. These courses' curriculum included criminal law instruction and involved the education on many facets of criminal investigations to include investigation planning/execution, confidential informant handling, physical surveillance, preparation for prosecution and other tasks expected of a criminal investigator.

3. The statements contained in this Affidavit are based in part on information provided to Affiant by Special Agents of ATF and other law enforcement officers, either

directly or indirectly through their reports or affidavits; and surveillance conducted/observations made by law enforcement officers.

4. Affiant also relies on her experience, training, and background as a Special Agent in evaluating this information. Affiant has set forth only the facts that are believed to be necessary to establish the required foundation for an order authorizing a warrant to arrest the named individuals.

5. This affidavit is made in support of an application for a criminal complaint for **Moises MALDONADO**. Affiant has probable cause to believe that MALDONADO violated Title 26, United States Code, Section 5861(d), receive or possess a firearm which is not registered in the National Firearms Registration and Transfer Record (NFRTR).

6. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, affiant has not included each and every fact known concerning this investigation. Affiant has set forth facts that she believes are necessary to establish probable cause of a violation of federal criminal offenses, specifically 26 United States Code 5861(d).

## FACTS SUPPORTING PROBABLE CAUSE

7. On September 04, 2025, an ATF undercover special agent (UC-1) met MALDONADO in person in the parking lot of Town East Mall, located at 5000 Town East Mall, Mesquite, Texas 75150. MALDONADO provided UC-1 with four (4) plastic bags which contained a total of one hundred (100) 3-D printed MCDs. UC-1 provided MALDONADO with one thousand dollars ($1,000) in prerecorded United States Currency (USD) to purchase the one hundred 3-D printed MCDs.

8. UC-1 inquired if MALDONADO could change the Chevron symbol printed on the MCDs. MALDONADO confirmed he could manufacture the same MCD mold with a different logo. UC-1 inquired when MALDONADO could manufacture more MCDs. MALDONADO informed UC-1 he could manufacture another one hundred (100) 3-D printed MCDs by the end of day September 04. MALDONADO continued to explain how it takes MALDONADO approximately twelve (12) hours to print one hundred (100) MCDs. MALDONADO informed UC-1 that he could print more MCDs at home and keep the MCDs at his residence.

9. MALDONADO provided his telephone number to UC-1 for future communication. MALDONADO informed UC-1 to not use words such as "Sears", a known term for the style of MCD MALDONADO was manufacturing and selling, but to call them FRTs to evade law enforcement detection. MALDONADO confirmed he would print another one hundred (100) MCDs by end-of-day.

10. The ATF Firearms and Ammunition Technology Branch (FATD) preliminarily determined the MCDs sold by MALDONADO is consistent with a MCD.

11. Based on the foregoing, together with my training and experience, I believe that there is sufficient probable cause to believe that that on or about September 04, 2025, Moises MALDONADO, committed a violation of Title 26, United States Code, Section 5861(d) in the Northern District of Texas.

Morgan McCaffrey, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to me by reliable electronic means this September 16, 2025.

Sworn to me and attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Facetime

The Hon. David L. Horan
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS