

ORIGINAL

FILED-USDC-NDTX-DA
'25 OCT 7 PM3:33

KM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-25CR-458 E |
| MOISES MALDONADO | |

## **INDICTMENT**

The Grand Jury charges:

Count One
Possession of an Unregistered Machinegun
(Violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d))

On or about September 4, 2025, in the Dallas Division of the Northern District of

Texas, the defendant, **Moises Maldonado**, did knowingly possess a firearm, to wit:

approximately 100 machineguns, as defined in 26 U.S.C. § 5845(a)(6) and (b), each

further described as a machinegun conversion device (MCD), knowing that the firearm

had the essential characteristics that made it a machinegun, which was not registered to

him in the National Firearms Registration and Transfer Record.

All in violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d), the penalty

for which is found at of 26 U.S.C. § 5871.

Indictment—Page 1

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Count One of this indictment and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Moises**

**Maldonado**, shall forfeit to the United States of America any firearm and ammunition

involved or used in the offense.

This property includes, but is not limited to, the following:

1. approximately 100 machineguns, each further described as a machinegun

   conversion device (MCD).

A TRUE BILL:

FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

THEODORE V. PARRAN III
Assistant United States Attorney
Ohio Bar No. 0093157
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:    214-659-8736
Fax:    214-659-8805
Email: theodore.parran@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

MOISES MALDONADO

---

INDICTMENT

26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d)
Possession of an Unregistered Machinegun
(Count 1)

Forfeiture Notice
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)

1 Count

---

A true bill rendered

-----------------------------------------------------------------------------

DALLAS                                                        FOREPERSON

Filed in open court this __7__ day of October, 2025.

-----------------------------------------------------------------------------

**Pre-Trial Release**

-----------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-MJ-00912